**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SATICOY BAY LLC SERIES 2714 SNAPDRAGON, | |
| Plaintiff, | 2:13-cv-01589-JCM-VCF |
| vs. | |
| FLAGSTAR BANK, FSB; QUALITY LOAN SERVICE CORPORATION; BRYANT SPARKS AND KATHERINE SPARKS, | **ORDER GRANTING MOTION TO LIFT STAY** |
| Defendants. | |

Before the court is Plaintiff's Motion to Lift Stay (#25). The time to oppose this motion has expired. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."

Additionally, good cause exists to grant plaintiff's motion. On February 28, 2014, the Honorable James C. Mahan ordered a stay of these proceedings pending the Nevada Supreme Court's ruling as to whether a foreclosure of an HOA "super priority" lien pursuant to Nev. Rev. Stat. § 116.3116 extinguishes an earlier deed of trust. (#23, p. 2). In its motion plaintiff represents that the Nevada Supreme Court has ruled on this issue (#25, pp.1-2). Plaintiff also requests that the court set a deadline for filing dispositive motions.

Accordingly,

IT IS HEREBY ORDERED that the stay entered in this case on February 28, 2014, is lifted.

IT IS FURHTER ORDERED that the following deadlines apply:

1. Dispositive motions must be filed and served on or before January 30, 2015.

2. The Joint Pre-trial Order must be filed on March 2, 2015. In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

DATED this 24th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE