Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsímile:  (702) 784-5252
Email: calexander@swlaw.com

*Attorneys for Defendant Flagstar Bank, FSB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY LLC SERIES 2714 SNAPDRAGON,<br><br>             Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANK, FSB; QUALITY LOAN SERVICE CORPORATION; BRYANT SPARKS and KATHERINE SPARKS,<br><br>             Defendants. | CASE NO. 2:13-cv-01589-JCM-VCF<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Defendant Flagstar Bank, FSB ("Flagstar") by and through counsel, the law firm of Snell & Wilmer L.L.P., hereby bring this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List.  Michael Daron Dorsey, Esq. no longer works on this matter for Flagstar and is no longer an employee of Snell & Wilmer, L.L.P.

Therefore, it is no longer necessary for Michael Daron Dorsey, Esq. to receive further CM/ECF notices, and it is respectfully requested for him to be removed from the CM/ECF service list.

20927331.1

1   Dated: January 30, 2015

2                                  SNELL & WILMER L.L.P.

4                          By: */s/ Cynthia L. Alexander, Esq.*
                               Cynthia L. Alexander, Esq.
5                              Nevada Bar No. 6718
                               3883 Howard Hughes Parkway, Suite 1100
6                              Las Vegas, NV  89169
                               Telephone: (702) 784-5200
7                              *Attorneys for Defendant Flagstar Bank, FSB*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:    2-6-2015

- 2 -

20927331.1

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** by the method indicated:

| | |
|---|---|
| _____ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Federal Express |
| __X__ | Electronic Service via CM/ECF |

and addressed to the following:

Michael F. Bohn
Law Office of Michael F. Bohn
376 East Warm Springs Rd., Ste. #140
Las Vegas, NV 89119
702-642-3113
Fax: 702 642-9766
Email: mbohn@bohnlawfirm.com
*Attorneys for Plaintiff*

DATED this 30th day of January, 2015.

*/s/__Lana Newquist*_____
An employee of Snell & Wilmer L.L.P.

20927331.1