1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   LAW OFFICES OF
3  MICHAEL F. BOHN, ESQ., LTD.
   376 East Warm Springs Road, Ste. 140
4  Las Vegas, Nevada  89119
   (702) 642-3113/ (702) 642-9766 FAX
5
   Attorney for plaintiff
6
                              UNITED STATES DISTRICT  COURT
7
                                   DISTRICT OF  NEVADA
8
9  SATICOY BAY LLC SERIES 2714            CASE NO.: 2:13-cv-01589-JCM-VCF
   SNAPDRAGON
10
              Plaintiff,
11
   vs.
12
   FLAGSTAR BANK, FSB; QUALITY LOAN
13 SERVICE CORPORATION; BRYANT
   SPARKS AND KATHERINE SPARKS
14
              Defendants.
15

16                              **NOTICE OF APPEAL**

17         NOTICE IS HEREBY GIVEN that plaintiff, Saticoy Bay LLC Series 2714 Snapdragon, by and

18 through its attorney of record, Michael F. Bohn, Esq. hereby appeals to the United States Court of

19 Appeals for the Ninth Circuit from the judgment of the United States District Court, District of Nevada,

20 entered in this case on March 17th, 2016 and all interlocutory orders that gave rise to that judgment.

21         DATED this 21st day of March 2016.

22                                            LAW OFFICES OF
                                              MICHAEL F. BOHN, ESQ., LTD.
23

24                                            By:  /s/ /Michael F. Bohn, Esq./
                                                 MICHAEL F. BOHN, ESQ.
25                                               376 E. Warm Springs Road, Suite 140
                                                 Las Vegas, Nevada 89119
26                                               Attorney for plaintiff

27

28                                               1

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this 21st  day of March, 2016, I electronically transmitted the above

3 **NOTICE OF APPEAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic

5 Filing.

6

Cynthia L. Alexander, Esq.
7 Taylor Anello, Esq.
DICKSON WRIGHT PLLC
8 8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
9

10                                          /s/ Marc Sameroff/
                                          An Employee of the LAW OFFICES OF
11                                          MICHAEL F. BOHN, ESQ., LTD.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                    2